No. 71–6580. GIBBONEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6582. GROOMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 71–6584. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6585. BUCHOWIECKI-KORTKIEWICZ *v.* IMMI-GRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. 

No. 71–6586. CHITWOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 71–6587. BREDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 71–6588. RANDAZZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 71–6594. TYLER *v.* PARKS. C. A. 8th Cir. Certiorari denied.

No. 71–6610. VALENTINE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6611. CARTER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–6612. ECKERT *v.* SENATE OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–6614. ESTRADA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 71–6615. BEHNING *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.